# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARGARITO ARGUELLO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1116

[April 6, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert L. Pegg, Judge; L.T. Case No. 56-2021-CF-002182-A.

Andrea Flynn Mogensen of the Law Office of Andrea Flynn Mogensen P.A., Sarasota, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***